UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ICOM NORTH AMERICA, LLC**,
a Delaware limited liability company,

           Plaintiff,

v.

**THE ED RACHAL FOUNDATION**,
a Texas corporation, and
**FIDELIS CAPITAL, LLC**,
an Alabama limited liability company,

           Defendants.

Case No. 16-cv-13729
Honorable Mark A. Goldsmith

## **STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE**

The court having considered the pleadings and other documents on file with the Court in the above captioned action ("Action"), together with the stipulation of the parties, hereby finds that ICOM North America, LLC, a Delaware limited liability company ("Plaintiff"), and The Ed Rachal Foundation, a Texas non-profit corporation, and Fidelis Capital, LLC, an Alabama limited liability company (collectively "Defendants") have resolved and completely settled all claims and disputes in the Action, and that they stipulate and agree to entry of an order dismissing, with prejudice, all claims asserted in the Action.

IT IS HEREBY ORDERED that:

1)    The Action is dismissed, with prejudice.

000141441\0007\1779951-v1

2) The Action is dismissed without costs or fees assessed against any party.

3) This Order closes the Action.

**IT IS SO ORDERED**.

Date: March 16, 2017

s/Mark A. Goldsmith  
Honorable Mark A. Goldsmith

Stipulated as to form and substance:

By: */s/ Cynthia J. Haffey*  
Cynthia J. Haffey (P57352)  
Bernard Fuhs (P69621)  
Paul Mersino (P72719)  
Butzel Long, PC  
150 W. Jefferson, Suite 100  
Detroit, MI 48226  
(313) 225-7000  
Attorneys for Plaintiff ICOM North America, LLC

By: */s/ Jonathan B. Frank*  
Jonathan B. Frank (P42656)  
Maddin Hauser Roth & Heller, P.C.  
Essex Center Associates, 2nd Floor  
Essex Center, 28400 Northwestern Hwy.  
Southfield, MI 48034  
Attorneys for Defendants The Ed Rachal Foundation and Fidelis Capital, LLC